

**U. S. Department of Justice**

***Michael F. Easley, Jr.***
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*
*150 Fayetteville Street*
*Suite 2100*
*Raleigh, NC 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE:       June 28, 2022

TO:          Clerks Office,
                United States District Court
                Eastern District of North Carolina
                Raleigh, North Carolina

REPLY TO: Michael F. Easley, Jr.
                United States Attorney

ATTN OF:    Bryan M. Stephany
                Assistant United States Attorney

SUBJECT:   <u>United States v. CARROLLTON LEVON JENKINS</u>
                <u>United States v. CARIO DONNELL JENKINS</u>
                No. <u>7:22-CR-83-1D-RN</u> - Southern Division
                No. <u>7:22-CR-83-2D-RN</u> - Southern Division

      Please issue arrest warrants for the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc:         US Marshal Service
           US Probation Office