UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:22-CR-83-2D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARIO DONNELL JENKINS )<br>Defendant ) | **ORDER** |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for the October 20, 2025, term in Raleigh. The case is hereby CONTINUED to  December 2025  in Raleigh, North Carolina.

This  14  day of  August  2025.

                                          James C. Dever III
                                          U.S. District Judge